**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

JANE DOE,
*Next Friend of Minor Doe,*
*a Minor,*

        *Plaintiff,*

v.

JAMES BAILEY, et al.,

        D*efendants.*
_____/

CASE NO. 22-11818

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE PATRICIA T. MORRIS

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL (ECF No. 25)

Defendant filed a Motion to Compel (ECF No. 25) and oral argument was held on March 8, 2023. For the reasons further stated on the record, the motion is DENIED WITHOUT PREJUDICE.

**IT IS ORDERED.**

Date: March 8, 2023

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge