UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANE DOE, as Next Friend of
Minor Doe,

    Plaintiff,        Case No. 1:22-cv-11818

v.               Honorable Thomas L. Ludington
                United States District Judge
DEBRA LEINER, JAMES BAILEY, and
D. BRUCE MARTIN,
in their official and individual capacities,
and SAGINAW TOWNSHIP
COMMUNITY SCHOOLS,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL**

  This Court having reviewed Plaintiff Jane Doe's Motion to Authorize Filing of Exhibit Under Seal, ECF No. 47, finding good cause, and being otherwise fully advised in the premises:

  It is **ORDERED** that Plaintiff's Motion to Authorize Filing of Exhibit Under Seal, ECF No. 47, is **GRANTED**.

  Further, it is **ORDERED** that the settlement agreements and disbursement information Plaintiff identifies as forthcoming exhibits for this Court's consideration throughout settlement approval shall be **FILED UNDER SEAL**.

  Dated: October 16, 2023        s/Thomas L. Ludington
                      THOMAS L. LUDINGTON
                      United States District Judge