UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANE DOE, as Next Friend of
Minor Doe,

        Plaintiff,                        Case No. 1:22-cv-11818

v.                                           Honorable Thomas L. Ludington
                                                United States District Judge
DEBRA LEINER, JAMES BAILEY, and
D. BRUCE MARTIN,                      Honorable Patricia T. Morris
in their official and individual capacities,   United States Magistrate Judge
and SAGINAW TOWNSHIP
COMMUNITY SCHOOLS,

        Defendants.
_____/

**ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING**

On August 21, 2023, the Parties attended a settlement conference with Magistrate Judge Patricia T. Morris and reached a settlement in the above-captioned case. *See* ECF No. 43 at PageID.421. On September 13, 2023, Plaintiff filed an unopposed motion seeking this Court's approval of the settlement agreement, ECF No. 49 (sealed), because it involved payments to a minor. ECF Nos. 46; *see also* Mich. Ct. R. 2.420(B) (requiring court approval of a proposed settlement in case brought for a minor). But the motion did not seek the appointment of a guardian *ad litem* to approve the settlement, *see* Mich. Ct. R. 2.420(B)(2), or the appointment of a conservator for the minor Plaintiff, *see* Mich. Ct. R. 2.420(b)(4)(a). So Plaintiff will be directed to file a supplemental brief addressing (1) whether a guardian *ad litem* must be appointed and (2) whether a conservator must be appointed before the settlement agreement may be approved.

- 2 -

Accordingly, it is **ORDERED** that Plaintiff is **DIRECTED** to file supplemental briefing **not to exceed five pages on or before November 22, 2023** addressing (1) whether a guardian *ad litem* must be appointed and (2) whether a conservator must be appointed for the minor Plaintiff. **This is not a final order and does not close the above-captioned case**.

Dated: November 17, 2023               s/Thomas L. Ludington
                                       THOMAS L. LUDINGTON
                                       United States District Judge