UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANE DOE, as Next Friend of
Minor Doe,

        Plaintiff,                             Case No. 1:22-cv-11818

v.                                                 Honorable Thomas L. Ludington
                                                    United States District Judge
DEBRA LEINER, JAMES BAILEY, and
D. BRUCE MARTIN,                          Honorable Patricia T. Morris
in their official and individual capacities,     United States Magistrate Judge
and SAGINAW TOWNSHIP
COMMUNITY SCHOOLS,

        Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE SETTLEMENT AGREEMENT, APPROVING SETTLEMENT AGREEMENT, AND DIRECTING SUBMISSION OF CLOSING DOCUMENTS**

On August 21, 2023, the Parties attended a settlement conference with Magistrate Judge Patricia T. Morris and reached a settlement in the above-captioned case. *See* ECF No. 43 at PageID.421. On September 13, 2023, Plaintiff filed an unopposed motion seeking approval of the settlement agreement, ECF No. 49 (sealed), because it involved payments to a minor. ECF No. 46; *see also* Mich. Ct. R. 2.420(B) (requiring court approval of a proposed settlement in case brought for a minor). But the Motion did not seek the appointment of a guardian *ad litem* to approve the settlement, *see* Mich. Ct. R. 2.420(B)(2), or the appointment of a conservator for the minor Plaintiff, *see* Mich. Ct. R. 2.420(b)(4)(a). So, Plaintiff was directed to file a supplemental brief addressing (1) whether a guardian *ad litem* must be appointed and (2) whether a conservator must be appointed before the Settlement Agreement may be approved. ECF No. 50 at PageID.463.

- 2 -

Having reviewed the Plaintiff's unopposed Motion to Approve Settlement, ECF No. 46, the Settlement Agreement, ECF No. 49 (sealed) and the Plaintiff's Supplemental Briefing, ECF No. 51, this Court finds that the settlement is fair and in the best interest of minor.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Approve Settlement and Proposed Disbursement of Funds for Minor Doe, ECF No. 46, is **GRANTED.**

Further, it is **ORDERED** that the Settlement Agreement, ECF No. 49 (sealed), is **APPROVED.**

Further, it is **ORDERED** that the Parties are **DIRECTED** to submit closing documents via the Utilities, Proposed Order function of CM/ECF **on or before December 5, 2023.**

**This is not a final order and does not close the above-captioned case**.

Dated: November 21, 2023                         s/Thomas L. Ludington
                                                 THOMAS L. LUDINGTON
                                                 United States District Judge